UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LUCILLE TIRADO,

                              Plaintiff,                    19-CV-10377 (LAK)(SN)

         -against-                                    **ORDER**

CITY OF NEW YORK, et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Defendants' request to extend the pending motion to dismiss at ECF 50 to include individual defendants Correction Officers Ward, Sistrunk, Nugent, Daniels, Azeez, Captains Barchelor, Prince, and Ellis, and PA Alexis Quentz is GRANTED. No further stipulation is required.

      Defendants have raised numerous other issues in their October 20, 2020 Letter regarding the answer and identification of several individual defendants. The Court notes that it has provided Defendants with additional time on two occasions to identify and submit answers or responses as to the individual defendants. On September 4, 2020, the Court granted Defendants' request for an extension of time to answer as to individual defendants Officers Anais DaCruz, Ward, Brown, Nugent, Daniels, Azeez, Rogers, and Garamede; Captains Batchelor, Prince, and Ellis; and PA Alexis Quentz. See ECF 75. Defendants again requested an extension to file answers as to those same individual defendants on October 5, 2020, which was granted. See ECF 76; ECF 77.

Defendants request a further extension to appear on behalf of defendant CO DaCruz. Defendants are ORDERED to confirm by November 13, 2020, that defense counsel have properly entered their appearance for Defendant DaCruz and state whether Defendant DaCruz intends to join the pending motion to dismiss.

Plaintiff is ORDERED to provide Defendants with more information on how to identify Defendant CO Garamede and Rogers by October 30, 2020.

Defendant City of New York is ORDERED to provide Plaintiffs with the last known address for Defendant CO Brown by no later than October 30, 2020, or to accept service on his behalf. Plaintiff is also ORDERED to re-serve Defendant CO Brown and file proof of service with the Court by no later than November 6, 2020, unless the City has accepted service on his behalf.

Upon review of the Notice of Appearance filed at ECF No. 79, the Clerk of Court is directed to remove counsel's appearance on behalf of Defendants Correction Officers Garamede, Rogers and Brown in the docket entry text. Counsel does not, however, appear on the docket sheet as representing these individuals.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   October 23, 2020
         New York, New York