UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

LUCILLE TIRADO,

                                         Plaintiff,

                   -against-

CITY OF NEW YORK, et al.,

                                  Defendants.

-------------------------------------------------------------------X

**19-CV-10377 (LAK)(SN)**

**ORDER**

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** ___ 11/17/2020 ___

**SARAH NETBURN, United States Magistrate Judge:**

Defendants' request to extend their Motion to Dismiss, ECF No. 50, to include CO Anais DaCruz is GRANTED.

The parties shall file a joint status letter by December 2, 2020, describing the status of the identification of Defendants COs Garamede and Rogers. The parties shall also describe the status of discovery and whether the parties have undertaken any settlement discussions.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     November 17, 2020
              New York, New York