

ATTORNEYS AT LAW

99 PARK AVENUE NEW YORK, NY 10016-1601
TEL: (212) 286-8585 FAX: (212) 490-8966
WWW.HPMB.COM

**Joseph E. Shmulewitz**
**Associate**
**jshmulewitz@hpmb.com**

February 2, 2021

**VIA ECF**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Lucille Tirado, Admin. v. The City of New York, et al.**
Docket No.: 19 CV 10377
Our File No.: 611-3290

Dear Judge Kaplan:

Heidell, Pittoni, Murphy & Bach, LLP has been retained a trial counsel for all defendants in this matter. On January 22, 2021, Judge Netburn denied defendants' motion seeking to bifurcate individual and *Monell* discovery. (ECF # 96). On January 25, 2021, Judge Netburn issued a Report and Recommendation on defendants' motion to dismiss, recommending that Your Honor grant portions of the motion and deny others. (ECF # 98). In accordance with Your Honor's Individual Rules of Practice, the parties hereby jointly write to the Court and have enclosed a Stipulation seeking an extension of time to submit rule 72 objections to the above-mentioned Order and Report and Recommendation. The parties' consent to the briefing schedule as outlined in the Stipulation. This is the first such request for this relief.

The parties thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/

Joseph E. Shmulewitz, Esq.

/s/

Rob Rickner, Esq.

2346860.1




JES/mp

cc: **VIA ECF**

Christopher H. Fitzgerald, Esq.
The Law Office of Christopher H. Fitzgerald
233 Broadway, Suite 2348
New York, New York 10279

Rob Rickner, Esq.
Rickner PLLC
233 Broadway Suite 2220
New York, New York 10279

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUCILLE TIRADO, as the Administratrix of the Estate of EUGENE CASTELLE, Deceased,

Plaintiff,

Case No.: 1:19-CV-10377

- against -

THE CITY OF NEW YORK; CORRECTION OFFICER ANAIS DACRUZ (#l8067); CORRECTION OFFICER WARD (#6080); CORRECTION OFFICER BROWN (#12987); CORRECTION OFFICER SISTRUNCK (# 13421); CORRECTION OFFICER NUGENT (#18109); CORRECTION OFFICER DANIELS (#17339); CORRECTION OFFICER AZEEZ (#1443); CORRECTION OFFICER ROGERS (#); CORRECTION OFFICER GARAMEDE; CAPTAIN BATCHELOR (#461); CAPTAIN PRINCE (#1609); CAPTAIN ELLIS (#511); and ALEXIS QUENTZ,

Defendants.

---

**STIPULATION EXTENDING TIME TO MAKE RULE 72 OBJECTIONS AND BRIEFING SCHEDULE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and undersigned attorneys of record that the parties may file any objections pursuant to FRCP 72 to Magistrate Judge Sarah Netburn's order denying bifurcation of discovery dated January 22, 2021 or Judge Netburn's Report and Recommendation dated January 25, 2021 by **February 23, 2021.**

**IT IS FURTHER STIPULATED AND AGREED,** that any responses to those objections shall be filed by **March 23, 2020.**

**IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation can be filed with the Clerk of the Court without further notice.

**IT IS FURTHER STIPULATED AND AGREED** that for purposes of this Stipulation, facsimile signatures shall be deemed original signatures.

Dated: New York New York
February 2, 2021

By:________/s/________________________
ROB RICKNER, ESQ.
RICKNER PLLC
*Attorney for Plaintiff*
233 Broadway Suite 2220
New York, New York 10279
Phone: (212) 300-6506
Fax: (888) 390-5401
rob@ricknerpllc.com

By: _______/s/_________________________
JOSEPH E. SHMULEWITZ, ESQ.
HEIDELL, PITTONI, MURPHY & BACH, LLP
99 Park Avenue
New York, New York 10016
Telephone: (212) 286-8585
**JSHMULEWITZ@HPMB.COM**

*Attorneys for Defendants*
**THE CITY OF NEW YORK, CAPTAIN GAMIAN BATCHELOR, s/h/a "CAPTAIN BATCHELOR (#461)", CAPTAIN ROBERT ELLIS, s/h/a "CAPTAIN ELLIS (#511)", and CORRECTION OFFICER JAVON SISTRUNK, s/h/a "CORRECTION OFFICER SISTRUNCK (# 13421)", CORRECTION OFFICER ROBERTA WARD s/h/a CORRECTION OFFICER WARD (#6080); CORRECTION OFFICER LATOYA NUGENT s/h/a CORRECTION OFFICER NUGENT (#18109); CORRECTION OFFICER NATASHA DANIELS s/h/a CORRECTION OFFICER DANIELS (#17339); CORRECTION OFFICER WAHEED AZEEZ s/h/a CORRECTION OFFICER AZEEZ (#1443); CAPTAIN DEBORAH PRINCE s/h/a CAPTAIN PRINCE (#1609); and ALEXIS QUENTZ**