```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/05/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LUCILLE TIRADO,

                                  Plaintiff,                          19-CV-10377 (LAK)(SN)

          -against-                                              **ORDER**

CITY OF NEW YORK, et al.,

                                  Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      As discussed during the discovery conference on February 2, 2021, Defendants shall file a status letter on February 9, 2021, describing the progress made on numerous discovery issues, which include locating the missing video footage of Mr. Castelle's death and identifying custodians for electronically stored information.

**SO ORDERED.**

                                                               _____
                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:     February 5, 2021
                 New York, New York