```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LUCILLE TIRADO,

                                  **Plaintiff,**                    **19-CV-10377 (LAK)(SN)**

        -against-                                         **ORDER**

CITY OF NEW YORK, et al.,

                                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The parties shall file a joint letter by Friday, February 19, 2021, detailing the status of discovery. A discovery conference will be held on Monday, March 1, 2021, at 9:00 a.m. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                         _____
                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:       February 10, 2021
                 New York, New York