UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LUCILLE TIRADO,

                    **Plaintiff,**                    19-CV-10377 (LAK)(SN)

    -against-                        **ORDER**

CITY OF NEW YORK, et al.,

                    **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      As stated in this Court's February 23, 2021 Order, fact discovery in this matter will close on April 30, 2021. See ECF No. 112. Disclosure of Plaintiff's expert report(s) shall be completed by Tuesday, June 1, 2021. Disclosure of Defendants' expert report(s) shall be completed by July 2, 2021. All expert discovery shall be completed by Monday, August 2, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 17, 2021
               New York, New York