```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LUCILLE TIRADO,

                      **Plaintiff,**                                19-CV-10377 (LAK)(SN)

           -against-                                **SETTLEMENT CONFERENCE ORDER**

CITY OF NEW YORK, et al.,

                      **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      A settlement conference is scheduled for Wednesday, May 19, 2021, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information by email before the conference.

      The parties and any non-parties participating in the conference are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Wednesday, May 12, 2021.

**SO ORDERED.**

                                                               _____
                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:       April 7, 2021
                  New York, New York