```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

LUCILLE TIRADO,

                  **Plaintiff,**          19-CV-10377 (LAK)(SN)

    -against-                                 <u>**ORDER**</u>

CITY OF NEW YORK, et al.,

                  **Defendants.**

```
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

       The conference previously scheduled for Friday, April 30, 2021, at 1:30 p.m., is RESCHEDULED and will now be held on Tuesday, May 4, 2021, at 10:00 a.m. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     April 29, 2021
              New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2021