UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LUCILLE TIRADO,

                        Plaintiff,

            -against-

CITY OF NEW YORK, et al.,

                        Defendants.

------------------------------------------------------------------X

19-CV-10377 (LAK)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On April 27, 2021, the Court learned that the New York State Commission of Correction (the "Commission") had been served with a subpoena in connection with this matter and had produced a redacted report regarding the death of A.W. at AMKC on Rikers Island. See ECF No. 122. Plaintiff asserts that the Commission only produced the redacted report, but the Commission would have "no objections to providing the unredacted report" were the Court to make a finding of good cause pursuant to Mental Hygiene Law § 33.13(c)(1). Id.

The Court finds that there is a substantial need for the parties to have access to the Commission's records regarding A.W.'s death, which allegedly occurred under similar circumstances to Eugene Castelle's death. Accordingly, the Court finds that the interest of justice significantly outweighs the need for confidentiality and ORDERS the Commission to produce the relevant records in unredacted form to the parties in this case. N.Y. Mental Hyg. Law § 33.13(c)(1) (McKinney 2020).

**SO ORDERED.**

DATED:     April 29, 2021
                New York, New York

_____
SARAH NETBURN
United States Magistrate Judge