

99 Park Avenue   New York, NY 10016-1601
Tel: (212) 286-8585   Fax: (212) 490-8966
www.hpmb.com

**Darshan I. Patel**
**Partner**
dpatel@hpmb.com

May 17, 2021

**VIA ECF**

Honorable Judge Sarah Netburn
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square, Courtroom 219
New York, NY 10007

Re:   **Tirado/Castelle v. City of New York, et al.**
　　　Index No.:　　19-cv-10377-LAK-SN
　　　Our File No.:　611-3290

Dear Judge Netburn:

　　　This letter is submitted regarding ECF # 130, which was mistakenly characterized as a "Notice of Acceptance with Officer of Judgment Rule 68 Offer Of Judgment" on the docket.

　　　The underlying document should have been categorized different, as it is limited to an Offer of Judgment.  We kindly ask the Court to eliminate, revoke and remove the suggestion on the docket that plaintiff has accepted our offer of judgment and we will file the underlying document again under a more accurate categorization.

　　　We apologize for the inconvenience.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　Darshan I. Patel

DIP/amb

cc:   **VIA ECF** - *All Parties*

2401068.1

Heidell, Pittoni, Murphy & Bach, LLP
New York | Connecticut | Westchester | Long Island