**Rickner PLLC**

Rob Rickner | rob@ricknerpllc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2022

January 31, 2022

**Via ECF**

Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *Lucille Tirado, Admin. v. The City of New York, et al.*, 19-CV-10377

Dear Judge Netburn:

We represent Lucille Tirado, as the administratrix of the estate of Eugene Castelle, in this civil rights case under 42 U.S.C. § 1983. We write to update the Court regarding the progress of getting the settlement approved by the Surrogates Court.

As the Court may remember, initially there was a delay as we did not receive the official offer letter until July 30, 2021. After that, there was some delay as we needed to determine how to handle any potential liens. In addition, we had to obtain a supplemental invoice from the funeral home to ensure that the funeral had been completely paid for; the documentation we had before was not sufficient. Unfortunately, we then ran into another snag as it took longer than expected to secure a waiver from Eugene Castelle's father. Entirely by happenstance, we received the signed and notarized waiver today by email and should have the original by mail shortly. We have not yet had an opportunity to discuss timing with the trusts and estates attorney who is handling the filing, but we are optimistic we have ironed out all the wrinkles. Richmond County has been moving more quickly than Brooklyn and the Bronx, so we are cautiously hopeful that this will all be resolved without too much further delay.

Of course, we will continue to update the Court with any information requested.

Respectfully,

---

The parties shall file a status letter no later than April 30, 2022. Should the Surrogate's Court act on Plaintiff's motion to approve the settlement, the parties shall file an update with this Court no more than 14 days after the Surrogate's Court's order.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: New York, New York
      February 1, 2022.