UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LUCILLE TIRADO,

                              Plaintiff,                    19-CV-10377 (LAK)(SN)

 -against-                                                    **ORDER**

CITY OF NEW YORK, et. al.,

                              Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       A call is scheduled for Monday, May 9, 2022, at 11:00 a.m. to discuss the parties' efforts to obtain approval of the settlement agreement in Surrogate's Court. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
                May 3, 2022