UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LUCILLE TIRADO,

                      Plaintiff,

       -against-

CITY OF NEW YORK, et al.,

                      Defendants.

-----------------------------------------------------------------X

19-CV-10377 (LAK)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On May 9, 2022, a conference call was held to discuss the parties' efforts to obtain approval of the settlement agreement in Surrogate's Court. ECF No. 143. The parties are ordered to file a status letter on June 9, 2022, and every 30 days thereafter until the agreement is approved by the Surrogate's Court.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               May 10, 2022